NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHECKPOINT SYSTEMS, INC.,**
*Plaintiff-Appellant,*

v.

**ALL-TAG SECURITY S.A. AND
ALL-TAG SECURITY AMERICAS, INC.,**
*Defendants-Appellees,*

AND

**SENSORMATIC ELECTRONICS CORPORATION,**
*Defendant-Appellee.*

---

2012-1085

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 01-CV-2223, Judge Petrese B. Tucker.

---

ON MOTION

---

ORDER

All-Tag Security S.A. and All-Tag Security Americas, Inc. move for an extension of time, until April 4, 2012, for

the appellees to file their response brief, and for an extension of time, until April 23, 2012, for Checkpoint Systems, Inc. to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__APR 0 5 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert J. Palmersheim, Esq.
     M. Kelly Tillery, Esq.
     Theodore A. Breiner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK